UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 17-0650-CBM-AFMx | Date | March 8, 2017 |
| Title | *Herman v. The Western Union Co., et al.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING AND EXPEDITED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO TRANSFER**

The matter before the Court is Defendants' Ex Parte Application To Shorten Time For Hearing and Expedited Briefing Schedule On Defendants' Motion To Transfer (the "Application"). (Dkt. No. 21.)

Having found no good shown, the Court **DENIES** the Application.

**IT IS SO ORDERED.**

00 :